IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Leon A. Brady, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-1386-CV-W-JTM |
| Kansas City Youth Jazz, Inc., et al, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the *Notice Of Dismissal With Prejudice As to Defendants Athon And Calvert And Stipulations of Dismissal With Prejudice As to All Other Defendants*, filed January 7, 2013, it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, all parties bearing their own costs and fees.

        */s/ John T. Maughmer*
        **John T. Maughmer**
        **United States Magistrate Judge**